UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| XING LIN, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | Civil Action No. 24-cv-1671 |
| UR M. JADDOU, Director of USCIS U.S. Citizenship and Immigration Services; ANTONY J. BLINKEN, U.S. Secretary of State, U.S. Department of State, | (Matsumoto, J.) |
| Defendants. | |

-------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Flushing, New York
   May __6__, 2024

LAW OFFICES OF TAOBO ZHENG, ESQ.
*Attorneys for Plaintiff*
39-07 Prince Street, Suite 3K
Flushing, New York 11354

By: _____
Taobo Zheng
(718) 314-5008
lawofficetbz@gmail.com

Dated: Brooklyn, New York
   May 6, 2024

BREON PEACE
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By: *Nicole M. Zito*
Nicole M. Zito
Assistant U.S. Attorney
(718) 254-6008
nicole.zito@usdoj.gov